# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENNETH A. WALENTY, )<br>)<br>Defendant. ) | No. 13-00147-01-CR-W-DW |

## ORDER

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation to Grant in Part and Deny in Part Defendant's Motion to Suppress Evidence (Doc. 42). The parties did not file objections. After an independent review of the record and applicable law, the Court adopts Judge Larsen's findings of fact and conclusions of law. Accordingly, it is hereby ORDERED that:

(1) Judge Larsen's Report and Recommendation be attached to and made a part of this Order; and

(2) Defendant's Motion to Suppress Evidence (Doc. 23) is Granted in Part and Denied in Part.

SO ORDERED.

Date : October 11, 2013  _____/s/ Dean Whipple_____
Dean Whipple
United States District Judge